Nicola De Bitetto, Respondent, v. Elizabeth Steinmetz, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Edward Bernstein, Respondent, v. Arthur A. Johnson Corporation, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Charles N. Whinston and Selig Whinston, Appellants, v. Silwhin Enterprises, Inc., and Others, Respondents, Impleaded with Another, Defendant.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

In the Matter of the Application of Hermine Baierlein for the Revocation of Letters of Administration Granted to Friedrich Haffner on the Estate of Louise Haffner, Deceased.— Order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.; O'Malley, J., dissents.

Alexander A. McInnes, Respondent, v. William M. Cannon, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The People of the State of New York, Respondent, v. Nickola Pintchuk, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

The Bank of America National Association, as Trustee for the Benefit of E. Gates Barnard, Appellant, v. Church E. Gates & Co., Inc., and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

William Dermody, Respondent, v. Kohler & Campbell, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merreil, Finch, McAvoy and O'Malley, JJ.

George Carocopos, Inc., Appellant, v. Ridley Watts and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.

Citizens Bank of Fort Myers, Appellant, v. Irving Trust Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Dowling, P. J., Merreli, Finch, McAvoy and O'Malley, JJ.

Jack Sirop and Others, Respondents, v. Bernard Greenwood Company, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ. [134 Misc. 836.]

Reo Motor Car Company of New York, Inc., and Patrick Moriarity, Appellants, v. Fireman's Fund Insurance Company, Respondent.— Determination affirmed, with costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and O'Malley, JJ.